```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

CECILIA M. FANTROY,

        Plaintiff,

v.                                    Case No. 8:12-cv-1940-T-33EAJ

PUBLIX SUPER MARKETS, INC.,

        Defendant.
_____/

## **ORDER**

    This matter comes before the Court <u>sua sponte</u>. On April 5, 2013, this Court entered a Case Management and Scheduling Order, which, among other things, referred this case to mediation and directed Plaintiff's counsel, within twenty-one days thereof, to report to the Court the date, time, and location of the parties' scheduled mediation conference. (Doc. # 14 at 2). The Court noted that the parties selected certified mediator Mark Hanley, Esq. to serve in this case and established September 24, 2013, as the deadline for conducting the mediation conference. <u>Id.</u>

    Plaintiff has failed to timely notify the Court of the date, time, and location of the scheduled mediation conference. Accordingly, Plaintiff is directed to file a Notice of Mediation on or before <u>May 31, 2013</u>, indicating the date, time and location of the scheduled mediation conference. Failure to do so could result in this Court scheduling the

mediation <u>sua</u> <u>sponte</u>.

The parties are reminded that all counsel, parties, corporate representatives, and any other required claims professionals must be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff shall, by May 31, 2013, advise the Court of the date, time, and location of the parties' scheduled mediation conference.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>20th</u> day of May, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:  All Counsel of Record

2