```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

CECILIA M. FANTROY,

        Plaintiff,

v.                        Case No. 8:12-cv-1940-T-33EAJ

PUBLIX SUPER MARKETS, INC.,

        Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 16) filed on May 21, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**   Mark A. Hanley, Esq.
    **Address:**            100 South Ashley Drive, Suite 1300
                            Tampa, Florida 33602
    **Telephone:**       (813)229-3333

By agreement of the parties, the mediation conference is scheduled for **September 5, 2013, at 1:30 p.m.** at the law offices of Glenn Rasmussen, P.A., 100 South Ashley Drive, Suite 1300, Tampa, Florida 33602. The parties are directed to mediate in good faith and to fully and faithfully

explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. <u>See</u> Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this <u>28th</u> day of May, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator Mark A. Hanley, Esq.
          Glenn Rasmussen, P.A.
          100 South Ashley Drive, Suite 1300
          Tampa, Florida 33602

2